UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

CARLOS MANUEL DAVILA MEDINA
MARIA ISABEL FUENTES ORTIZ

XXX-XX-4721
XXX-XX-9269

DEBTOR (S)

Case No. 13-07818-ESL

CHAPTER 13

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2013 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

1. Debtors are requesting to retain their 2013 tax refund of $2,165.00 to cover some unexpected expenses. Docket #40.

2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2013, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

----------------------------------------------------------------

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, October 10, 2014.

<u>Attorney</u>　　　　　　　　　　　　　　　<u>/s/ Alexandra Rodriguez -Staff</u>

Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | CARLOS MANUEL DAVILA MEDINA<br>HC 1 BOX 4031<br>YABUCOA, PR 00767-9621 |
| JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | SANTANDER FINANCIAL DBA ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919 |
| LIBERTY CABLEVISION<br>PO BOX 719<br>LUQUILLO, PR 00773 | PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 |
| SANTANDER MORTGAGE CORPORATION<br>PO BOX 2199<br>HATO REY STATION<br>SAN JUAN, PR 00917-2199 | SPRINT NEXTEL<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 |
| SPRINT<br>PO BOX 219554<br>KANSAS CITY, MO 64121-9554 | NCO FINANCIAL<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |
| WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 |
| CITIFINANCIAL<br>PO BOX 71587<br>SAN JUAN, PR 00936-8687 | GE MONEY BANK<br>PO BOX 981439<br>EL PASO, TX 79998-1439 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | CITIFINANCIAL PLUS<br>300 SAINT PAUL PL<br>BALTIMORE, MD 21202 |

```
GECRB
PO BOX 965005
ORLANDO, FL  32896-5005


MAZA ATTORNEYS & COUNSELORS AT LAW
PO BOX 364028
SAN JUAN, PR  00936-4028


CITIBANK
PO BOX 8111
SOUTH HACKENSACK, NJ  07606-8111


DEPARTMENT OF TREASURY
PRIORITY CLAIMS
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR  00918-1454


DEPARTMENT OF TREASURY
UNSECURRED CLAIM
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR  00918-1454


MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
ATTN DEPARTMENT 1
PO BOX 4457
HOUSTON, TX  77210-4457

CARLOS MANUEL DAVILA MEDINA
HC 1 BOX 4031
YABUCOA, PR  00767-9621


MARIA ISABEL FUENTES ORTIZ

,   00000


ROBERTO FIGUEROA CARRASQUILLO*
PO BOX 186
CAGUAS, PR  00726-0186


CITIFINANCIAL
1 CITIBANK DR STE 201
SAN JUAN, PR  00926-9600


SECURITY CREDIT
2653 W OXFORD LOOP
OXFORD, MS  38655-5442


SPIES HECKER SH CARIBBEAN COLOR SYSTEMS
1745 AVE JESUS T PINERO
SANJUAN, PR  00920
```