IN THE UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

IN RE:

**CARLOS MANUEL DAVILA MEDINA**
**MARIA ISABEL FUENTES ORTIZ**

**xxx–xx–4721**
**xxx–xx–9269**

Debtor(s)

Case No. **13–07818 ESL**

Chapter **13**

FILED & ENTERED ON 2/14/18

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order to Compel filed by TRUSTEE, docket #55.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within fourteen (14) days. Order due by 02/28/2018

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, February 14, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge